IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-182 |
| | § | |
| DANIEL MAREZ, JR. | § | |

## ORDER OF DISMISSAL

CAME ON to be heard this date the Motion of the Plaintiff, UNITED STATES OF AMERICA, for an Order dismissing this complaint without prejudice for the reason that Plaintiff no longer wishes to pursue the matter, and the Court being of the opinion that such motion should be granted, it is therefore:

ORDERED that this Case, No. B-98-182, *United States of America v. Daniel Marez, Jr.*, In the United States District Court for the Southern District of Texas, Brownsville Division, be dismissed without prejudice.

SIGNED this 17th day of February, 1999, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

By: _____
M. H. Cersonsky   TBA# 04048500
5065 Westheimer, Ste. 600
Houston, Texas 77056
Attorney for Plaintiff

MHC:ds\wp60\wpdocs\dismiss\
February 8, 1999
Page 2